**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Thomas Ewan DEBARRE, Defendant-Appellant.**

**No. 71-1740**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 16, 1971.

---

Max P. Engel, John A. Boccabella, Miami, Fla., for defendant-appellant.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Robert W. Rust, U. S. Atty., William C. White, First Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.